IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DORIAN CLARK,** : | | **CIVIL ACTION** |
| *a/k/a Steven Jacobs*, : | | |
| *Plaintiff pro se* : | | |
| : | | |
| v. : | | **NO. 22-CV-3658** |
| : | | |
| **STEPHANIE SAWYER** : | | |
| *Defendant* : | | |

**O R D E R**

**AND NOW**, this 26th day of October 2022, upon consideration of Dorian Clark's *Motion to Proceed In Forma Pauperis* (ECF No. 6), his Prisoner Trust Fund Account Statement (ECF No. 5), and his *pro se* Complaint (ECF No. 2), it is hereby **ORDERED**, for the reasons set forth in the Court's Memorandum, that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Dorian Clark, also known as Steven Jacobs, #807486, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Curran-Fromhold Correctional Facility or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Clark's inmate account; or (b) the average monthly balance in Clark's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Clark's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's

income credited to Clark's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Curran-Fromhold Correctional Facility.

4. The Complaint is **DEEMED** filed.

5. Clark's Complaint is **DISMISSED**, **with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*